AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

__Middle__ DISTRICT OF __Alabama__

Edna Austin,
Redding Phillip Austin

v.

Tin Tin Supper Buffet, City of Ozark,
Walter Russell, Jimmy
Sanders, Dan Wei,
Chief Tony Spivey

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

1:07CV00883-MEF

TO: (Name and address of defendant)

Tin Tin Supper Buffet
129 East Ave.
Ozark, AL 36360

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett
CLERK

(BY) DEPUTY CLERK _Charlene Campbell_

DATE __10-4-07__

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

_Middle_ DISTRICT OF _Alabama_

Edna Austin,
Redding Phillip Austin

v.

Tin Tin Supper Buffet,
City of Ozark,
Walton Russell, Jimmy Sanders,
Dan Wei, Chief Tony Spivey

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 1:07CV00883-MEF

TO: (Name and address of defendant)

City of Ozark, Attn: City Clerk
275 N. Union Ave.
Ozark, AL 36360

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_
CLERK

DATE  10-4-07

_Charlene Campbell_
(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

__Middle__ DISTRICT OF __Alabama__

Edna Austin,
Redding Phillip Austin

V.

Tin Tin Supper Buffet, city of Ozark, Walter Russell, Jimmy Sanders, Dan Wei, Chief Tony Spivey

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 1:07CV00883-MEF

TO: (Name and address of defendant)

Walter Russell
c/o City of Ozark Police Department
275 North Union Ave.
Ozark, AL 36360

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

*Jeffrey W. Bennitt & Associates, LLC*
*4898 Valleydale Rd., Ste. A3*
*Birmingham, AL 35242*
(205) 408-7240

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*
CLERK

*Charlene Campbell*
(BY) DEPUTY CLERK

10-4-07
DATE

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

_Middle_ DISTRICT OF _Alabama_

Edna Austin, Redding Phillip Austin

V.

Tin Tin Supper Buffet, City of Ozark, Walter Russell, Jimmy Sanders, Dan Wei, Chief Tony Spivey

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 1:07CV00883-MEF

TO: (Name and address of defendant)

Jimmy Sanders
c/o Tin Tin Super Buffet
129 East Ave.
Ozark, AL 36360

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_
CLERK

_Charlene Campbell_
(BY) DEPUTY CLERK

DATE _10-4-07_

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

_Middle_ DISTRICT OF _Alabama_

Edna Austin,
Redding Phillip Austin

V.

Tin Tin Supper Buffet, City of Ozark,
Walter Russell, Jimmy Sanders,
Dan Wei, Chief Tony Spivey

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

1:07CV00883-MEF

TO: (Name and address of defendant)

Dan Wei
c/o TinTin Supper Buffet
129 East Ave.
Ozark, AL 36360

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jeffrey W. Bennitt & Associates, LLC
4898 Valleydale Rd., Ste. A3
Birmingham, AL 35242
(205) 408-7240

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett
**CLERK**

_Charlene Campbell_
**(BY) DEPUTY CLERK**

**DATE** 10-4-07

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

_Middle_ DISTRICT OF _Alabama_

Edna Austin, Redding Phillip Austin

V.

Tin Tin Supper Buffet, City of Ozark, Walter Russell, Jimmy Sanders, Dan Wei, Chief Tony Spivey

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 1:07CV00883-MEF

TO: (Name and address of defendant)

Chief Tony Spivey
c/o City of Ozark Police Department
275 North Union Ave.
Ozark, AL 36360

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jeffrey W. Bennitt & Associates, LLC
4898 Valleydale Rd., Ste. A3
Birmingham, AL 35242
(205) 408-7240

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett
**CLERK**

_[signature]_
**(BY) DEPUTY CLERK**

DATE  10-4-07