IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| EDNA AUSTIN and REDDING PHILLIP AUSTIN, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | 1:07CV00883-MEF |
| TIN TIN SUPPER BUFFET; CITY OF OZARK; WALTON RUSSELL; JIMMY SANDERS; DAN WEI; and CHIEF TONY SPIVEY, | ) ) ) ) ) ) | |
| Defendants. | ) | |

CORPORATE DISCLOSURE STATEMENT
OF TIN TIN SUPPER BUFFET

COMES NOW separate Defendant Tin Tin Supper Buffet, by and through the undersigned counsel, and pursuant to Fed.R.Civ.P. 7.1, certifies that there is no parent corporation or publicly held corporation holding 10% or more of its stock.

Respectfully submitted this the 25th day of October, 2007.

/s/ ALGERT S. AGRICOLA
**ALGERT S. AGRICOLA** (ALA. ID AGR001)
**JASON J. BAIRD** (ALA. ID BAI035)
**ATTORNEYS FOR TIN TIN SUPPER BUFFET and DAN WEI**

**OF COUNSEL:**

**SLATEN & O'CONNOR, P.C.**
Winter Loeb Building
105 Tallapoosa Street, Suite 101
Montgomery, AL 36104
(334) 396-8882 (P)
(334) 396-8880 (F)
aagricola@slatenlaw.com
jbaird@slatenlaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **EDNA AUSTIN and REDDING PHILLIP AUSTIN,** )<br>)<br>)<br>    **Plaintiffs,** )<br>)<br>**v.** )<br>)<br>**TIN TIN SUPPER BUFFET; CITY OF OZARK; WALTON RUSSELL; JIMMY SANDERS; DAN WEI; and CHIEF TONY SPIVEY,** )<br>)<br>)<br>)<br>)<br>    **Defendants.** ) | **Civil Action No.:**<br><br>**1:07-cv-0883-MEF** |

## CERTIFICATE OF SERVICE

I hereby certify that on October 25th, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will serve electronic notice upon the following CM-ECF system participants:

Jeffrey W. Bennitt, Esq.
Jeff Bennitt & Associates, LLC
4898 Valleydale Road, Suite 3A
Birmingham, AL 35242
Bennittlaw@aol.com
*Counsel for Plaintiffs*

                                            Respectfully submitted,

                                            /s/ ALGERT S. AGRICOLA
                                            ALGERT S. AGRICOLA (ALA. ID AGR001)
                                            JASON J. BAIRD (ALA. ID BAI035)
                                            **SLATEN & O'CONNOR, P.C.**
                                            Winter Loeb Building
                                            105 Tallapoosa Street, Suite 101
                                            Montgomery, AL 36104
                                            Phone:  (334) 396-8882
                                            Fax:     (334) 396-8880
                                            E-mail: aagricola@slatenlaw.com
                                            E-mail: jbaird@slatenlaw.com

F:\Gen Litigation\ColonyGroup\Tin Tin Supper Buffet\Plead\TinTin7.1Disclosure.wpd