IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| EDNA AUSTIN,<br>REDDING PHILLIP AUSTIN,<br><br>      PLAINTIFFS,<br><br>VS.<br><br>TIN TIN SUPER BUFFET,<br>CITY OF OZARK,<br>WALTON RUSSELL,<br>JIMMY SANDERS,<br>DAN WEI,<br>CHIEF TONY SPIVEY<br><br>      DEFENDANTS. | )<br>)<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION NO.:<br>)  1:07CV00883-MEF<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CONFLICT DISCLOSURE STATEMENT

    COME NOW City of Ozark, Officer Walton Russell and Chief Tony Spivey, Defendants in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and the provisions of the Middle District of Alabama's General Order No. 00-3047:

    [X]    Defendants Russell and Spivey are employees of the City of Ozark, or

[X]   The City of Ozark is a governmental entity, or

[ ]   There are no entities to be reported, or

[ ]   The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
| --- | --- |
| City of Ozark Police Department | Part of City Government |

Dated this the 25th day of October, 2007.

/s/ Steadman S. Shealy, Jr.
Steadman S. Shealy, Jr. (SHE023)
ASB 2193-Y88S
Attorney for Defendants:
City of Ozark,
Walton Russell,
Chief Tony Spivey

OF COUNSEL:
SHEALY, CRUM & PIKE, P.C.
P. O. Box 6346
Dothan, AL 36302-6346
(334) 677-3000
Fax (334) 677-0030

## CERTIFICATE OF SERVICE

      I hereby certify that I have this day mailed a copy of the foregoing, properly addressed and postage prepaid, to:

Jeffrey W. Bennett
Jeff Bennitt & Associates, LLC
Suite 3A 4898 Valleydale Rd.
Birmingham, AL  35242

Jimmy Sanders
c/o Tin Tin Supper Buffet
129 East Avenue
Ozark, AL 36360

Tin Tin Supper Buffett
129 East Avenue
Ozark, AL 36360

Dan Wei
c/ Tin Tin Sypper Buffett
129 East Avenue
Ozark, AL 36360

      This the 25th day of October, 2007.

                                      /s/ Steadman S. Shealy, Jr._____