IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| EDNA AUSTIN,<br>REDDING PHILLIP AUSTIN,<br><br>    Plaintiff,<br><br>vs.<br><br>TIN TIN SUPPER BUFFET,<br>CITY OF OZARK,<br>WALTON RUSSELL, in his<br>individual capacity,<br>JIMMY SANDERS,<br>DAN WEI, CHIEF TONY SPIVEY,<br>in his individual capacity,<br><br>    Defendants. | CIVIL ACTION NO.:<br>1:07 CV 883-MEF |

## NOTICE OF CORPORATE DISCLOSURE

\_\_\_\_\_The client has no affiliation with any company.

                                         Respectfully Submitted,

                                         \_/s/ Jeffrey W. Bennitt\_\_\_
                                         Jeffrey W. Bennitt, Esq.
                                         ASB 0774 N51J
                                         Attorney for the Plaintiff

**OF COUNSEL**

Jeffrey W. Bennitt & Associates, L.L.C.
4898 Valleydale Rd., Ste. A3
Birmingham, AL 35242
(205) 995-2200
Fax: (205) 408-9236
E-Mail: Bennittlaw@aol.com

## **CERTIFICATE OF SERVICE**

\_\_\_\_\_I hereby certify that a copy of the above and foregoing was served upon all counsel listed online by making use of the CM/ECF Electronic Filing system in place in the United States District Court Northern Alabama on this the 30th day of October, 2007.

　　　　　　　　　　　　　　　　　　　　　　　_/s/ Jeffrey W. Bennitt\_\_\_
　　　　　　　　　　　　　　　　　　　　　　　OF COUNSEL