# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| EDNA AUSTIN and REDDING ) | |
| PHILLIP AUSTIN, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No.: |
| ) | |
| TIN TIN SUPPER BUFFET; CITY OF ) | 1:07-cv-883-MEF |
| OZARK; WALTON RUSSELL; JIMMY ) | |
| SANDERS; DAN WEI; and CHIEF TONY ) | |
| SPIVEY, ) | |
| ) | |
| Defendants. ) | |

## REPORT OF PARTIES' PLANNING MEETING

1. Pursuant to Fed.R.Civ.P. 26(f), a meeting was held on November 13, 2007 by teleconference and was attended by:

> Jeffrey W. Bennitt for Plaintiffs Edna Austin and Redding Phillip Austin.
>
> Algert S. Agricola for Defendants Tin Tin Supper Buffet and Dan Wei.
>
> Stuart Smith for Defendants City of Ozark, Tony Spivey, and Walton Russell.
>
> Separate defendant Jimmy Sanders has not been served and did not participate

in the teleconference.

2. Pre-Discovery Disclosures. The parties will exchange by <u>December 21, 2007</u> the information required by Fed.R.Civ.P. 26(a)(1).

3. Discovery Plan. The parties jointly propose to the court the following discovery plan:

Discovery will be needed on the following subjects: The events of March 2, 2007; the legal theories under which Plaintiffs are asserting claims; and Plaintiff Redding Philip Austin's claims for damages.

All discovery commenced in time to be completed by <u>June 1, 2008.</u>

Maximum of <u>25</u> Interrogatories by each party to any other party. Responses due <u>30</u> days after service.

Maximum of <u>20</u> requests for admission by each party to any other party. Responses due <u>30</u> days after service.

Maximum of <u>5</u> depositions by plaintiff(s) and <u>4</u> by defendant(s).

Each deposition limited to maximum of <u>3</u> hours unless extended by agreement of parties.

Reports from retained experts under Rule 26(a)(2) due:

    from plaintiff(s) by <u>January 2, 2008.</u>

    from defendant(s) by <u>February 2, 2008.</u>

Supplementations under Rule 26(e) due every <u>30 days</u> after a party's initial discovery responses are served upon the opposing party.

4.    Other Items: None.

The parties do <u>not</u> request a conference with the court before entry of the scheduling order.

The parties request a pretrial conference to be set by the Court.

Plaintiff(s) should be allowed until <u>March 1, 2008</u> to join additional parties and until <u>April 1, 2008</u> to amend the pleadings.

Defendant(s) should be allowed until <u>March 1, 2008</u> to join additional parties and until <u>April 1, 2008</u> to amend the pleadings.

All potentially dispositive motions should be filed by <u>June 1, 2008.</u>

The prospects of settlement are unknown at this time.

Final lists of witnesses and exhibits under Rule 26(a)(3) should be due

    from plaintiff(s) by <u>30 days prior to trial.</u>

    from defendant(s) by <u>30 days prior to trial.</u>

Parties should have <u>14</u> days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

The case should be ready for trial by <u>December 1, 2008</u>, and at this time is expected to take approximately <u>3</u> days.

Other Matters: Defendant Jimmy Sanders has not been served with the summons and complaint, Sanders has never been employed by co-defendant Tin Tin Supper Buffet and Plaintiff's service at that address was ineffective.

Respectfully submitted this 28th day of November, 2007.

        /s/ JEFFREY W. BENNITT
        **Jeffrey w. Bennitt (ASB BEN004)**
        Counsel for Plaintiffs Edna Austin and Redding Phillip Austin

/s/ ALGERT S. AGRICOLA
**ALGERT S. AGRICOLA (ASB 0364-R79A, AGR001)**
**JASON J. BAIRD (ASB 9955-D67J, BAI035)**
Counsel for Tin Tin Supper Buffet and Dan Wei


/s/ STEADMAN S. SHEALY
**STEADMAN SHEALY (ASB SHE023)**
Counsel for City of Ozark, Tony Spivey, and Walton Russell

**OF COUNSEL:**

**Jeff Bennitt & Associates, LLC**
4898 Valleydale Road, Suite 3A
Birmingham, AL 35242
(205) 408-7240 (P)
(205) 408-9236 (F)
Bennitlaw@aol.com

**Slaten & O'Connor, P.C.**
Winter-Loeb Building, Suite 101
105 Tallapoosa Street
Montgomery, AL 36104
(334) 396-8882 (P)
(334) 396-8880 (F)
aagricola@slatenlaw.com
jbaird@slatenlaw.com

**Shealy, Crum & Pike, P.C.**
P.O. Box 6346
Dothan, AL 36302-6346
(334) 677-3000 (P)
(334) 677-0030 (F)
sshealy@scplaw.us

F:\Gen Litigation\Colony Group\Tin Tin Supper Buffet\Plead\ReportPlanningMeeting.wpd