IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| EDNA AUSTIN and REDDING PHILLIP AUSTIN, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | 1:07CV00883-MEF |
| TIN TIN SUPPER BUFFET; CITY OF OZARK; WALTON RUSSELL; JIMMY SANDERS; DAN WEI; and CHIEF TONY SPIVEY, | ) ) ) ) ) ) | |
| Defendants. | ) | |

## DAN WEI'S CORPORATE DISCLOSURE STATEMENT

COMES NOW separate Defendant Dan Wei, by and through the undersigned counsel, and pursuant to Fed.R.Civ.P. 7.1, certifies that she is a natural person, not a corporate party, and thus there is no applicable corporate disclosure statement pertaining to her.

Respectfully submitted this the 30th day of November, 2007.

/s/ ALGERT S. AGRICOLA
**ALGERT S. AGRICOLA** (ALA.ID AGR001)
**JASON J. BAIRD** (ALA. ID BAI035)
**ATTORNEYS FOR TIN TIN SUPPER BUFFET and DAN WEI**

**OF COUNSEL:**

**SLATEN & O'CONNOR, P.C.**
Winter Loeb Building
105 Tallapoosa Street, Suite 101
Montgomery, AL 36104
(334) 396-8882 (P)
(334) 396-8880 (F)
aagricola@slatenlaw.com
jbaird@slatenlaw.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **EDNA AUSTIN and REDDING PHILLIP AUSTIN,** )<br><br>    **Plaintiffs,**<br><br>v.<br><br>**TIN TIN SUPPER BUFFET; CITY OF OZARK; WALTON RUSSELL; JIMMY SANDERS; DAN WEI; and CHIEF TONY SPIVEY,**<br><br>    **Defendants.** | )<br>)<br>)<br>)<br>) **Civil Action No.:**<br>)<br>) **1:07-cv-0883-MEF**<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

      I hereby certify that on October 25th, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will serve electronic notice upon the following CM-ECF system participants:

Jeffrey W. Bennitt, Esq.
Jeff Bennitt & Associates, LLC
4898 Valleydale Road, Suite 3A
Birmingham, AL 35242
Bennittlaw@aol.com
*Counsel for Plaintiffs*

Steadman S. Shealy, Esq.
Shealy, Crum & Pike, P.C.
P.O. Box 6346
Dothan, AL 36302-6346
(334) 677-3000 (P)
(334) 677-0030 (F)
sshealy@scplaw.us
*Counsel for City of Ozark,*
*Tony Spivey, and Walton Russell*

3

Respectfully submitted,

/s/ ALGERT S. AGRICOLA
ALGERT S. AGRICOLA (ALA. ID AGR001)
JASON J. BAIRD (ALA. ID BAI035)
**SLATEN & O'CONNOR, P.C.**
Winter Loeb Building
105 Tallapoosa Street, Suite 101
Montgomery, AL 36104
Phone:  (334) 396-8882
Fax:      (334) 396-8880
E-mail: aagricola@slatenlaw.com
E-mail: jbaird@slatenlaw.com

F:\Gen Litigation\ColonyGroup\Tin Tin Supper Buffet\Plead\DanWeiCorporateDisclosure.wpd

4