IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| EDNA AUSTIN,<br>REDDING PHILLIP AUSTIN,<br><br>    PLAINTIFFS,<br><br>VS.<br><br>TIN TIN SUPER BUFFET,<br>CITY OF OZARK,<br>WALTON RUSSELL,<br>JIMMY SANDERS,<br>DAN WEI,<br>CHIEF TONY SPIVEY<br><br>    DEFENDANTS. | )<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION NO.:<br>)  1:07CV00883-MEF<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION FOR LEAVE TO AMEND ANSWER

COMES now **Defendants, City of Ozark, Walton Russell,** and **Chief Tony Spivey**, and file this Motion for Leave to amend the Answer, and shows unto the Court the following:

1) The above named Defendants seek to amend the previously filed answer in order to add additional defenses.

2) Attached hereto is an amendment to the Answer filed by the above named Defendants.

3) Said amended Answer will not prejudice the Plaintiffs as it is being amended in accordance with the Court imposed deadlines.

WHEREFORE, Defendants pray that this Court will allow leave to amend the Answer as stated above.

SUBMITTED on this the 12th day of February, 2008.

Respectfully Submitted,

/s/ Steadman S. Shealy, Jr.
Steadman S. Shealy, Jr. (SHE023)
ASB 2193-Y88S
Attorney for Defendants:
City of Ozark,
Walton Russell,
Chief Tony Spivey

OF COUNSEL:
SHEALY, CRUM & PIKE, P.C.
P. O. Box 6346
Dothan, AL 36302-6346
(334) 677-3000
Fax (334) 677-0030

CERTIFICATE OF SERVICE

I hereby certify that I have this day mailed a copy of the foregoing, properly addressed and postage prepaid, to:

Jeffrey W. Bennett, Esq.
Jeff Bennitt & Associates, LLC
Suite 3A 4898 Valleydale Rd.
Birmingham, AL  35242

Algert S. Agricola, Esq.
Jason J. Baird, Esq.
Slaten & O'Connor, P.C.
Winter-Loeb Building, Suite 101
Montgomery, AL  36104

This the 12th day of February, 2008.

/s/ Steadman S. Shealy, Jr.