IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| EDNA AUSTIN, <br> REDDING PHILLIP AUSTIN, <br><br> PLAINTIFFS, <br><br> VS. <br><br> TIN TIN SUPER BUFFET, <br> CITY OF OZARK, <br> WALTON RUSSELL, <br> JIMMY SANDERS, <br> DAN WEI, <br> CHIEF TONY SPIVEY <br><br> DEFENDANTS. | CIVIL ACTION NO.: <br> 1:07CV00883-MEF |

## AMENDED ANSWER

COMES now the Defendants, City of Ozark, Walton Russell, and Chief Tony Spivey and amends the Answer to include the following:

### FIRST ADDITIONAL DEFENSE

The Defendants plead qualified immunity as a defense.

### SECOND ADDITIONAL DEFENSE

The Defendants plead immunity pursuant to Ala.Code 1975 § 6-5-338.

### THIRD ADDITIONAL DEFENSE

The Defendants plead that they are not liable pursuant to Ala. Code 1975 §11-47-190.

SUBMITTED on this the 12th day of February, 2008.

Respectfully Submitted,

/s/ Steadman S. Shealy, Jr.
Steadman S. Shealy, Jr. (SHE023)
ASB 2193-Y88S
Attorney for Defendants:
City of Ozark,
Walton Russell,
Chief Tony Spivey

OF COUNSEL:
SHEALY, CRUM & PIKE, P.C.
P. O. Box 6346
Dothan, AL 36302-6346
(334) 677-3000
Fax (334) 677-0030

## CERTIFICATE OF SERVICE

I hereby certify that I have this day mailed a copy of the foregoing, properly addressed and postage prepaid, to:

Jeffrey W. Bennett, Esq.
Jeff Bennitt & Associates, LLC
Suite 3A 4898 Valleydale Rd.
Birmingham, AL 35242

Algert S. Agricola, Esq.
Jason J. Baird, Esq.
Slaten & O'Connor, P.C.
Winter-Loeb Building, Suite 101
Montgomery, AL 36104

This the 12th day of February, 2008.

/s/ Steadman S. Shealy, Jr.