## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| EDNA AUSTIN and REDDING PHILLIP AUSTIN, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Civil Action No. |
| TIN TIN SUPER BUFFET; CITY OF OZARK; WALTON RUSSELL; JIMMY SANDERS; DAN WEI; and CHIEF TONY SPIVEY, | ) ) ) ) ) ) | 1:07-cv-883-MEF |
| Defendants. | ) | |

### NOTICE OF CHANGE OF ADDRESS AND FIRM AFFILIATION

**COMES NOW** Algert S. Agricola, Jr., and files this Notice of Change of Address and Firm Affiliation to advise the Court and all parties through their counsel that he is no longer with the firm of Slaten & O'Connor, P.C. and that all future pleadings, motions, orders, discovery, and correspondence in this matter should be sent to him at the following address:

Ryals, Plummer, Donaldson, Agricola & Smith, P.C.
60 Commerce Street, Suite 1400
Montgomery, AL 36104
(334) 834-5290
(334) 834-5297 Fax

Respectfully submitted this 8th day of April, 2008.

/s Algert S. Agricola, Jr.
**ALGERT S. AGRICOLA (Ala. ID AGR 001)**
Counsel for Tin Tin Super Buffet

**OF COUNSEL:**

**RYALS, PLUMMER, DONALDSON,
 AGRICOLA & SMITH, P.C.**
60 Commerce Street, Suite 1400
Montgomery, AL 36104
(334) 834-5290
(334) 834-5297 Fax
aagricola@rpdas.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| EDNA AUSTIN and REDDING PHILLIP AUSTIN, ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | Civil Action No. |
| TIN TIN SUPER BUFFET; CITY OF OZARK; WALTON RUSSELL; JIMMY SANDERS; DAN WEI; and CHIEF TONY SPIVEY, ) ) ) ) ) ) | 1:07-cv-0883-MEF |
| Defendants. ) | |

**CERTIFICATE OF SERVICE**

  I hereby certify that on April 8, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jeffrey W. Bennitt, Esq.
Jeff W. Bennitt & Associates, LLC
121 Edenton Street
Birmingham, AL 35242
Bennittlaw@aol.com
*Counsel for Plaintiffs*

Steadman S. Shealy, Jr.
Shealy, Crum & Pike, P.C.
P.O. Box 6346
Dothan, AL 36302
sshealy@scplaw.com
Counsel for Defendants City of Ozark, et al.

>Respectfully submitted,
>
>/s/ Algert S. Agricola, Jr.
>ALGERT S. AGRICOLA, JR. (ALA. ID AGR001)

**OF COUNSEL:**

**RYALS, PLUMMER, DONALDSON,
 AGRICOLA & SMITH, P.C.**
60 Commerce Street, Suite 1400
Montgomery, AL 36104
(334) 834-5290
(334) 834-5297 Fax
aagricola@rpdas.com

M:\Gen Litigation\Colony Group\Tin Tin Supper Buffet\Plead\Notice of Change of Address 04-08-08.wpd