IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| EDNA AUSTIN and REDDING PHILLIP AUSTIN, ) ) ) Plaintiffs, ) ) v. ) ) TIN TIN SUPPER BUFFET; CITY OF OZARK; WALTON RUSSELL; JIMMY SANDERS; DAN WEI; and CHIEF TONY SPIVEY, ) ) ) ) ) ) Defendants. ) | Civil Action No.: 1:07-cv-883-MEF |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

**COMES NOW** the undersigned counsel Jason J. Baird, and herewith files this Motion For Leave To Withdraw as counsel for Defendants Tin Tin Supper Buffet and Dan Wei in the above-styled case, and as grounds therefore, would show unto this Court as follow:

1. This file has been transferred to separate counsel Algert S. Agricola.

2. Agricola has or will shortly file a Notice of Change of Firm Affiliation and Address in this action.

WHEREFORE, for the above stated reasons, the undersigned counsel files this Motion for Leave to Withdraw as counsel for Defendants Tin Tin Supper Buffet and Dan Wei in the above-styled action.

Respectfully submitted this 9th day of April, 2008.

/s/ Jason J. Baird
**JASON J. BAIRD** (ASB BAI035, 9955-D67J)
Counsel for Defendant Tin Tin Supper Buffet

**OF COUNSEL:**
**SLATEN & O'CONNOR, P.C.**
Winter Loeb Building
105 Tallapoosa Street, Suite 101
Montgomery, AL 36104
(334) 396-8882 (P)
(334) 396-8880 (F)
jbaird@slatenlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jeffrey W. Bennitt, Esq.
JEFF BENNITT & ASSOCIATES, LLC
4898 Valleydale Road, Suite 3A
Birmingham, AL 35242

Steadman S. Shealy, Esq.
SHEALY, CRUM & PIKE, P.C.
P.O. Box 6346
Dothan, AL 36302-6346

Algert Agricola, Esq.
RYALS, DONALDSON, PLUMMER,
AGRICOLA & SMITH, P.C.
60 Commerce Street
Suite 1400
Montgomery, AL  36104

/s/ Jason J. Baird
**OF COUNSEL**

F:\Gen Litigation\Colony Group\Tin Tin Supper Buffet\Plead\MTW - JJB.wpd