IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| EDNA AUSTIN, *et al.*, ) | |
| ) | |
|    Plaintiffs, ) | |
| v. ) | CASE NO. 1:07-cv-883-MEF |
| ) | |
| TIN TIN SUPPER BUFFET, *et al.*, ) | |
| ) | |
|    Defendants. ) | |

# **O R D E R**

Upon consideration of the Motion for Leave to Withdraw as Attorney (Doc. #20) filed on April 9, 2008, it is hereby

ORDERED that the motion is GRANTED.

DONE this the 10th day of April, 2008.

                                                  /s/ Mark E. Fuller
                                        CHIEF UNITED STATES DISTRICT JUDGE