IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| EDNA AUSTIN and REDDING PHILLIP AUSTIN, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Civil Action No. 1:07-cv-883-MEF |
| TIN TIN SUPPER BUFFET; CITY OF OZARK; WALTON RUSSELL; JIMMY SANDERS; DAN WEI; and CHIEF TONY SPIVEY, | ) ) ) ) ) | |
| Defendants. | ) | |

## MOTION TO SUBSTITUTE

COMES NOW, the Plaintiffs, by and through undersigned counsel of record and hereby moves this Honorable Court for an Order allowing him to substitute the Defendant's name in the above referenced case from Tin Tin Supper Buffett to J.M.W.L.L.C. d/b/a Tin Tin Supper Buffet and for grounds states as follows:

1. The Defendant responded to the Plaintiffs' Interrogatory requesting the correct name of the Defendant and the name provided was J.M.W.L.L.C. d/b/a Tin Tin Supper Buffet.

2. No parties will be prejudiced by the granting of this motion as the information was provided by the Defendant.

1

Wherefore premises considered, Plaintiff respectfully requests that this Motion be granted.

        Respectfully Submitted,

        _/s/ Jeffrey W. Bennitt_____
        Jeffrey W. Bennitt
        ASB 0774 N51J
        BENOO4

Jeffrey W. Bennitt & Associates, LLC,
121 Edenton St.
Birmingham, AL   35242
e-mail: Bennittlaw@aol.com
(205) 408-7240–office
(205) 408-9236–fax
(205) 213-8228–cell

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above was sent to Chad E. Stewart by making use of the electronic filing system in place in the United States District Court Middle District of Alabama Southern Division on this the 6th day of May, 2008.

    Algert S. Agricola, Jr., Esq.
RYALS, PLUMMER, DONALDSON, AGRICOLA & SMITH, P.C.
    60 Commerce Street, Ste. 1400
    Montgomery, AL 36104

        _/s/Jeffrey W. Bennitt___
        OF COUNSEL