IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| EDNA AUSTIN, *et al.*, | ) |
| | ) |
|    Plaintiffs, | ) |
| | ) |
| v. | )   CASE NO. 1:07-cv-883-MEF |
| | ) |
| J.M.W.L.L.C., *et al.*, | ) |
| | ) |
|    Defendants. | ) |

**ORDER**

This cause is before the Court on Plaintiffs' Motion to Amend/Correct (Doc. # 23), filed May 14, 2008, which this Court will construe as a Motion for Leave to File the Amended Complaint that is attached to the motion. Based on the Court's review of the motion and the record in this case, it is hereby ORDERED that:

(1) Plaintiffs' Motion for Leave to File Amended Complaint (Doc. # 23) is GRANTED.

(2) The caption of this case is CHANGED to substitute "J.M.W.L.L.C. d/b/a Tin Tin Supper Buffet" in place of "Tin Tin Supper Buffet". The parties are DIRECTED to use the amended caption in all future pleadings.

(2) Plaintiffs' Motion to Substitute (Doc. # 22) is DENIED AS MOOT.

DONE this the 20th day of May, 2008.

                                                /s/ Mark E. Fuller
                                    CHIEF UNITED STATES DISTRICT JUDGE