IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| EDNA AUSTIN, | ) |
| REDDING PHILLIP AUSTIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO.: 07-883 |
| | ) |
| J.M.W.L.L.C. D/b/a | ) TRIAL BY JURY DEMANDED |
| TIN TIN SUPER BUFFET, | ) |
| CITY OF OZARK, | ) |
| WALTON RUSSELL, in his | ) |
| individual capacity, | ) |
| JIMMY SANDERS, | ) |
| DAN WEI, | ) |
| CHIEF TONY SPIVEY, | ) |
| In his individual capacity, | ) |
| | ) |
| Defendants. | ) |

## **MOTION TO STRIKE**

COMES NOW the Plaintiff, by and through undersigned counsel of record, and hereby files a Motion to Strike his last amended complaint and for grounds states as follows:

1. The Defendant, Tin Tin Super Buffet, was mistaken named Tin Tin Supper Buffet and Plaintiff would like to correct that to reflect Defendant's correct name as Tin Tin Super Buffet.

2. No parties will be prejudiced in the granting of this motion.

1

WHEREFORE PREMISES considered Plaintiff respectfully requests that this Honorable Court grant their Motion to Strike.

Respectfully Submitted,

/s/ Jeffrey W. Bennitt
Jeffrey W. Bennitt
ASB 0774 N51J
BENOO4

**OF COUNSEL**
Jeffrey W. Bennitt & Associates, LLC,
121 Edenton St.
Birmingham, Al 35242
phone: (205) 408-7240
fax: (205) 408-9236
e-mail: Bennittlaw@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that the above was sent to all counsel listed by making use of the electronic filing system in place in the United States District Court Middle District of Alabama Southern Division on this the 21st day of May, 2008.

/s/  Jeffrey W. Bennitt
Jeffrey W. Bennitt