IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| EDNA AUSTIN, *et al.*, | ) |
| | ) |
|    Plaintiffs, | ) |
| | ) |
| v. | )   CASE NO. 1:07-cv-883-MEF |
| | ) |
| J.M.W.L.L.C., *et al.*, | ) |
| | ) |
|    Defendants. | ) |

## **ORDER**

This cause is before the Court on Plaintiffs' First Motion to Strike (Doc. # 25), filed May 21, 2008, and Third Motion to Amend/Correct Complaint (Doc. # 26), filed May 21, 2008. Based on the Court's review of the motion and the record in this case, it is hereby ORDERED that:

(1)    Plaintiffs' First Motion to Strike (Doc. # 25) is DENIED.

(2)    Plaintiffs' Third to Amend/Correct Complaint (Doc. # 26) is GRANTED.

(3)    The caption of this case is CHANGED to substitute "Tin Tin Super Buffet" in place of "Tin Tin Supper Buffet". The parties are DIRECTED to use the amended caption on this Order in all future documents filed with the Court.

DONE this 29th day of May, 2008.

                                              /s/ Mark E. Fuller
                                   CHIEF UNITED STATES DISTRICT JUDGE