IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **EDNA AUSTIN,** | ) | |
| **REDDING PHILLIP AUSTIN,** | ) | |
| | ) | |
| Plaintiffs, | ) | |
| vs. | ) | **CIVIL ACTION NO: 1:07CV00883-MEF** |
| | ) | |
| **TIN TIN SUPPER BUFFET,** | ) | |
| **JIMMY SANDERS,** | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

## CONFLICT DISCLOSURE STATEMENT

**COMES NOW** the Defendant, Jimmy Sanders, and in accordance with the order of this Court, makes the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

    _X_    This party is an Individual, or

    ___    This party is a governmental entity, or

    ___    There are no entities to be reported, or

    ___    The following entitles and their relationship to the party are hereby reported:

/s/ Blaine C. Stevens
**BLAINE C. STEVENS (STE091)**
Attorney for Defendant Jimmy Sanders

**OF COUNSEL:**
Strickland & Kendall, L.L.C.
2740 Zelda Road, Suite 500 (36106)
P.O. Box 99
Montgomery, AL 36101-0099
(334) 269-3230
(334) 269-3239 fax

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing using the CM/ECF which will send notification of such filing to the following on this the 10th day of June, 2008.

Jeffery Bennett Esq.
Jeff Bennett & Associates
Ste 3A 4898 Valleydale Road
Birmingham, AL 35242

Algert Agricola Esq.
Jason Baird Esq.
Slaten & O'Connor
Winter-Loeb Building Ste 101
Montgomery, AL 36104

Steadman Shealy Esq.
Post Office Box 6346
Dothan, AL 36302

/s/ Blaine C. Stevens
OF COUNSEL