IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **EDNA AUSTIN, et al.,** | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )  Case No. 1:07-cv-883-MEF |
| | ) |
| **J.M.W., L.L.C., d/b/a TIN TIN SUPER BUFFET, et al.,** | ) |
| | ) |
| Defendants. | ) |

## MOTION TO DISMISS INVOKING IMMUNITY

Defendants the City of Ozark, Alabama, Chief Tony Spivey, and Officer Walton Russell move to dismiss all claims against them for failure to state a claim upon which relief can be granted.  See Fed. R. Civ. P. 12(b)(6).

Officer Russell invokes the defense of qualified immunity.  Officer Russell, Chief Spivey, and the City of Ozark invoke the defense of State-agent immunity.

A supporting memorandum is filed with this motion.

 

**s/ James H. Pike**
James H. Pike  (PIK003)
Attorney for Defendants
City of Ozark, Alabama, Chief Tony Spivey
and Officer Walton Russell

OF COUNSEL:

SHEALY, CRUM & PIKE, P.C.
P.O. Box 6346
Dothan, Alabama 36302-6346
Tel. (334) 677-3000
Fax (334) 677-0030
E-mail: jpike@scplaw.us

1

## CERTIFICATE OF SERVICE

I, James H. Pike, certify that on June 19, 2008, I electronically served this document upon:

Jeffrey W. Bennitt
JEFFREY W. BENNITT & ASSOCIATES, L.L.C.
121 Edenton Street
Birmingham, Alabama 35242-5260

Algert S. Agricola, Jr.
RYALS, PLUMMER, DONALDSON, AGRICOLA
& SMITH, P.C.
60 Commerce Street, Suite 1400
Montgomery, Alabama 36104-3562

Blaine C. Stevens
STRICKLAND & KENDALL, L.L.C.
P.O. Box 99
Montgomery, Alabama 36101-0099

**s/ James H. Pike**
James H. Pike