IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| EDNA AUSTIN, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | CASE NO. 1:07-cv-883-MEF |
| ) | |
| TIN TIN SUPPER BUFFET, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

Upon consideration of the defendants' Motion to Dismiss (Doc. #34) filed on June 19, 2008, it is hereby ORDERED:

1. The plaintiffs file a response which shall include a brief and any evidentiary materials on or before July 18, 2008.

2. The defendants may file a reply brief on or before July 25, 2008.

It is further ORDERED that defendants' Motion to Stay Pending Determination of Immunity (Doc. #36) filed on June 19, 2008 is GRANTED.

DONE this the 3rd day of July, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE