**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| EDNA AUSTIN and REDDING ) | |
| PHILLIP AUSTIN, ) | |
|             ) | |
|   Plaintiffs, ) | |
|             ) | |
| v.          ) | Civil Action No. |
|             ) | |
| J.M.W.L.L.C. d/b/a TIN TIN SUPER ) | 1:07-cv-883-MEF |
| BUFFET; CITY OF OZARK; ) | |
| WALTON RUSSELL; JIMMY ) | |
| SANDERS; DAN WEI; and CHIEF TONY ) | |
| SPIVEY, ) | |
|             ) | |
|   Defendants. ) | |

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

Come Now Plaintiffs Edna and Redding Phillip Austin and Defendants J.M.W.L.L.C. d/b/a Tin Tin Super Buffet, Dan Wei, Jimmy Sanders, the City of Ozark, Alabama, Walton Russell, and Chief Tony Spivey, by and through their respective counsel, and pursuant to Fed.R.Civ.P. 41(a)(1) herewith file this Joint Stipulation of Dismissal with prejudice in the above-styled case, each party to bear its/his/her own costs and attorneys' fees as paid, and as grounds therefore, would show unto this Court as follows:

1.   The parties have reached a mutually satisfactory settlement of all issues in this matter.

2.   The parties wish to dismiss the above-styled action with prejudice, each to bear its/his/her own costs and attorneys' fees as paid.

3.   This will be a final order dismissing all claim and all parties in this action.

4.      Counsel for J.M.W.L.L.C. verifies that the other parties' counsel listed below are in agreement with this motion, and have authorized counsel for J.M.W.L.L.C. to sign their names electronically to the foregoing document.

WHEREFORE, for the above-stated reasons, Plaintiffs Edna and Redding Phillip Austin and Defendants J.M.W.L.L.C. d/b/a Tin Tin Super Buffet, Dan Wei, Jimmy Sanders, the City of Ozark, Alabama, Walton Russell, and Chief Tony Spivey pray that this Court will dismiss the above-styled case with prejudice, each side to bear its/his/her own costs and attorneys' fees as paid.

Respectfully submitted this the 23d day of July, 2008.

/s Algert S. Agricola, Jr.
**ALGERT S. AGRICOLA, JR. (ALA. ID AGR001)**
**COUNSEL FOR TIN TIN SUPER BUFFET and DAN WEI**

**RYALS, PLUMMER, DONALDSON, AGRICOLA & SMITH, P.C.**
60 Commerce Street, Suite 1400
Montgomery, AL 36104
(334) 834-5290 P
(334) 834-5297 F
email: aagricola@rpdas.com

        /s Jeffrey W. Bennitt
**JEFFREY W. BENNITT**
**COUNSEL FOR PLAINTIFFS EDNA AND REDDING PHILLIP AUSTIN**

**Jeff Bennitt & Associates, LLC**
121 Edenton Street
Birmingham, AL 35242
(205) 408-7240 P
(205) 408-9236 F
e-mail: bennittlaw@aol.com

        /s James H. Pike
**SHEALY, CRUM & PIKE, P.C.**
**COUNSEL FOR DEFENDANTS THE CITY OF OZARK, ALABAMA, WALTON RUSSELL, AND CHIEF TONY SPIVEY**

**Shealy, Crum & Pike, P.C.**
P.O. Box 6346
Dothan, AL 36302-6346
(334) 677-3000 P
(334) 677-0030 F
e-mail: jpike@scplaw.us

        /s Blaine C. Stevens
**BLAINE C. STEVENS**
**COUNSEL FOR DEFENDANTS JIMMY SANDERS**

**Strickland & Kendall, L.L.C.**
2740 Zelda Road, Suite 500
Montgomery, AL 36106
(334) 269-3230 P
(334) 269-3239 F
e-mail: stevenslaw21@aol.com

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| EDNA AUSTIN and REDDING PHILLIP AUSTIN, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. |
| TIN TIN SUPPER BUFFET; CITY OF OZARK; WALTON RUSSELL; JIMMY SANDERS; DAN WEI; and CHIEF TONY SPIVEY, | ) ) ) ) ) ) | 1:07-cv-0883-MEF |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 23, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will serve electronic notice upon the following CM-ECF system participants:

Jeffrey W. Bennitt, Esq.
Jeff Bennitt & Associates, LLC
121 Edenton Street
Birmingham, AL 35242
Bennittlaw@aol.com
*Counsel for Plaintiffs*

Steadman S. Shealy
James H. Pike
Shealy, Crum & Pike, P.C.
P.O. Box 6346
Dothan, AL 36302-6346
jpike@scplaw.us
*Counsel for City of Ozark Defendants*

Blaine C. Stevens
Strickland & Kendall, L.L.C.
2740 Zelda Road, Suite 500
Montgomery, AL 36106
stevenslaw21@aol.com
*Counsel for Defendant Jimmy Sanders*

Respectfully submitted,

/s Algert S. Agricola, Jr.
Algert S. Agricola, Jr.(ALA. ID AGR001)
**RYALS, PLUMMER, DONALDSON,**
 **AGRICOLA & SMITH, P.C.**
60 Commerce Street, Suite 1400
Montgomery, AL 36104
(334) 834-5290 P
(334) 834-5297 F
email: aagricola@rpdas.com

M:\Gen Litigation\Colony Group\Tin Tin Supper Buffet\Plead\Joint Stipulation for Dismissal 7-23-08.wpd